# United States District Court
## Southern District of Georgia

DEMETRIUS MCKINNEY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV116-095
CR112-203

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 1, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED, judgment is hereby ENTERED in favor of the Respondent, and this civil action stands CLOSED.



May 1, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk